Case 4:25-cr-00376   Document 1   Filed on 07/15/25 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
FILED

*July 15, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO.: **4:25-cr-0376** |
| DERRICK DEON LOTT, JR | § § | JUDGE |
| DEFENDANT | § § | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

Title 18, United States Code, §§1114 and 1111-Protection of Officers and Employees of the United States

On or about December 9, 2024, in the Houston Division of the Southern District of Texas,

DERRICK DEON LOTT, JR

defendant herein did, with premeditation and malice aforethought, unlawfully kill, Kevin Hines, an employee of the United States, while Kevin Hines was engaged in and on account of his performance of his official duties.

In violation of Title 18 United States Code Sections 1114 and 1111.

                                              A TRUE BILL:

                                              Original Signature on File

                                              FOREMAN OF THE GRAND JURY

Nicholas J. Ganjei
United States Attorney

BY: _____
Jill Jenkins Stotts
Assistant United States Attorney